UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SULTAN BZEIH, an individual, BRUNO
MORABITO and ANTONIA MORABITO,
married individuals, SAMIR ALLEY, an
individual, ALI SROUR, an individual, 1817
VERNON, LLC, a Michigan limited liabili8ty
company, EMPIRE REALTY MANAGEMENT,
LLC, a Michigan limited liability company,
XEROLA MANAGEMENT, LLC, a Michigan
limited liability company, 3313 DETROIT, LLC,
a Michigan limited liability company, 3833
BREWSTER LLC, a Michigan limited liability
company, and KORTE PROPERTY, LLC,
a Michigan limited liability company,

       Plaintiffs,       U.S. District Court No. 2:26-cv-10068-BRM-KGA
                              Hon. Brandy R. McMillion
                              Magistrate Kimberly G. Altman

v.

CITY OF DEARBORN, a
a Michigan municipal corporation,

       Defendant.
_____/

| ROGER L. MYERS (P49186) | BRADLEY J. MENDELSOHN (P73671) |
|---|---|
| Myers & Myers, PLLC | OLA FARAJ HAMMOUD (P81609) |
| Attorney for Plaintiffs | Attorneys for Defendant, City of Dearborn |
| 915 North Michigan Ave. | 16901 Michigan Avenue, Ste. 14 |
| Howell, MI 48843 | Dearborn, MI 48126 |
| (517) 540-1700/Fax: (517) 540-1701 | (313) 943-2035/Fax: (313) 943-2469 |
| rmyers@myers2law.com | bmendelsohn@dearborn.gov |
| | ofaraj@dearborn.gov |

_____/

# APPEARANCE

PLEASE ENTER the appearance of OLA FARAJ HAMMOUD as attorney of record on behalf of the Defendant, City of Dearborn.

Respectfully submitted,

/s/ OLA FARAJ HAMMOUD
OLA FARAJ HAMMOUD (P81609)
Attorney for Defendant, City of Dearborn
16901 Michigan Ave., Ste. 14
Dearborn, MI  48126
(313) 943-2035
ofaraj@dearborn.gov

Date: January 12, 2026

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ROGER L. MYERS (P49186)
Myers & Myers, PLLC
Attorney for Plaintiffs
915 North Michigan Ave.
Howell, MI  48843
rmyers@myers2law.com

                                                \_\_/s/Cynthia Metz_____
                                                Cynthia Metz
                                                16901 Michigan Ave., Ste. 14
                                                Dearborn, MI  48126
                                                (313) 943-2035
                                                cmetz@dearborn.gov