UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SULTAN BZEIH, an individual, et al.

        Plaintiffs,   Case No. 2:26-cv-10068
                               Hon. Brandy R. McMillion
                               Magistrate Judge Kimberly G. Altman

v.

CITY OF DEARBORN, a
a Michigan municipal corporation,

        Defendant.
_____/

| | |
|---|---|
| ROGER L. MYERS (P49186)<br>Myers & Myers, PLLC<br>Attorney for Plaintiffs<br>915 North Michigan Ave.<br>Howell, MI  48843<br>(517) 540-1700/Fax: (517) 540-1701<br>rmyers@myers2law.com | BRADLEY J. MENDELSOHN (P73671)<br>Rosati, Schultz, Joppich, Amtsbuechler, PC<br>Attorney for Defendant City of Dearborn<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100/Fax (248) 489-1726<br>bmendelsohn@rsjalaw.com<br><br>OLA FARAJ HAMMOUD (P81609)<br>Attorney for Defendant City of Dearborn<br>16901 Michigan Avenue, Ste. 14<br>Dearborn, MI 48126<br>(313) 943-2035/Fax: (313) 943-2469<br>ofaraj@dearborn.gov |

___

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AND SERVE THEIR ANSWER AND AFFIRMATIVE DEFENSES BY 14-DAYS**

    This matter having come before the Court on stipulation of the parties, and the Court being otherwise fully advised that due to Defendant's counsel Bradley J.

Mendelsohn leaving the employ of the City of Dearborn and joining a new law firm, Defendant's answer and affirmative defenses will not be filed within 21-days of being served with Plaintiff's Complaint, that date being January 30, 2026:

**IT IS HEREBY ORDERED** that Defendant City of Dearborn's Answer and Affirmative Defenses will be filed with this Honorable Court and served on Plaintiff's counsel no later than February 13, 2026.

**IT IS SO ORDERED**.

Dated:  January 23, 2026                              s/Brandy R. McMillion_____
                                                                          HON. BRANDY R. MCMILLION
                                                                          United States District Judge

Stipulated and approved as to substance and form:

/s/ROGER L. MYERS (with consent)_____
ROGER L. MYERS (P49186)
Myers & Myers, PLLC
Attorney for Plaintiffs
915 North Michigan Ave.
Howell, MI  48843
(517) 540-1700/Fax: (517) 540-1701
rmyers@myers2law.com

 /s/BRADLEY J. MENDELSOHN_____
 BRADLEY J. MENDELSOHN (P73671)
 Rosati, Schultz, Joppich, Amtsbuechler, PC
 Attorney for Defendant City of Dearborn
 27555 Executive Drive, Suite 250
 Farmington Hills, MI 48331
 (248) 489-4100/Fax (248) 489-1726
 bmendelsohn@rsjalaw.com

Dated: January 23, 2026